UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Inatha Felix          JOINT DEBTOR: _____          CASE NO.: 18-11042-JKO
SS#: xxx-xx- 1301              SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ☐ |
| Nonstandard provisions, set out in Section VIII | ☐ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,270.99    for months  1  to  15 ;
2. $2,048.43    for months  16 to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4275.00 | Total Paid: | $940.00 | Balance Due: | $3335.00 |
|---|---|---|---|---|---|
| Payable | $222.33 | /month (Months  1  to  15 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500.00 [Basic Legal Fees] + $775.00 [Motion to Value Secured Property]

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE
[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Ditech Financial LLC
   Address: POB 0049
            Palatine, IL 60055
   Arrearage/ Payoff on Petition Date    $3,096.80
   Arrears Payment (Cure)                $51.61      /month (Months  1  to  60 )
   Regular Payment (Maintain)            $498.79     /month (Months  1  to  60 )
   Last 4 Digits of Account No.: 7147
   Other: _____

Debtor(s): Inatha Felix                                   Case number: 18-11042-JKO

☑ Real Property                    Check one below for Real Property:
   ☑ Principal Residence            ☑ Escrow is included in the regular payments
   ☐ Other Real Property            ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
4052 NW 88th Avenue
Unit 1D
Sunrise, Florida 33351
☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: Seterus
   Address: POB 1077
             Hartford, CT 06143

Arrearage/ Payoff on Petition Date: $6,887.24
Arrears Payment (Cure): $114.78 /month (Months 1 to 60)
Regular Payment (Maintain): $1,177.03 /month (Months 1 to 60)

Last 4 Digits of Account No.: _____
Other: _____

☑ Real Property                    Check one below for Real Property:
   ☐ Principal Residence            ☑ Escrow is included in the regular payments
   ☑ Other Real Property            ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
15825 SW 3rd Court
Pembroke Pines, Florida 33027
☐ Personal Property/Vehicle
Description of Collateral: _____

**B. VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

   1. **REAL PROPERTY:** ☐ NONE

1. Creditor: Cenlar FSB
   Address: 425 Phillips Boulevard
             Ewing, NJ 08618

Last 4 Digits of Account No.: 4527

Value of Collateral: $0.00
Amount of Creditor's Lien: $0.00
Interest Rate: 0.00%

Check one below:
☐ Escrow is included in the monthly mortgage payment listed in this section
☐ The debtor(s) will pay
   ☐ taxes  ☐ insurance directly

**Payment**
Total paid in plan: $0.00
$0.00 /month (Months 1 to 60)

Real Property
☐ Principal Residence
☑ Other Real Property
Address of Collateral:
15825 SW 3rd Court, #101
Pembroke Pines, Florida 33027

   2. **VEHICLES(S):** ☑ NONE
   3. **PERSONAL PROPERTY:** ☑ NONE
**C. LIEN AVOIDANCE**  ☑ NONE

- D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☒ NONE
- E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☐ NONE
  - ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Las Verdes Condominium Association | 9101 | 15825 SW 3 Court, #101 Pembroke Pines, Florida 33027 |

## IV. TREATMENT OF FEES AND PRIORITY CLAIMS [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
- B. **INTERNAL REVENUE SERVICE:** ☒ NONE
- C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE
- D. **OTHER:** ☒ NONE

## V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS

- A. Pay $20.00 /month (Months 16 to 60)

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
- C. SEPARATELY CLASSIFIED: ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

## VI. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:
Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
- ☒ NONE

## VII. INCOME TAX RETURNS AND REFUNDS: ☐ NONE

- ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

## VIII. NON-STANDARD PLAN PROVISIONS ☐ NONE

- ☐ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

---

☐ Mortgage Modification Mediation

Debtor(s): Inatha Felix    Case number: 18-11042-JKO

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Inatha Felix    Debtor    02/27/2018                Joint Debtor
Inatha Felix                  Date                                          Date

_____    _____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**