

ORDERED in the Southern District of Florida on June 14, 2018.

**John K. Olson, Judge**
**United States Bankruptcy Court**

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**CASE NO.: 18-11042-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

IN RE:

INATHA FELIX
XXX-XX-1301

DEBTOR_____/

### ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS

**THIS CAUSE** came to be heard on June 04, 2018 for confirmation of a proposed Chapter 13 Plan, the confirmation hearing being continued to July 09, 2018 and based upon the record, it is

**ORDERED**:

1. To facilitate the administration of this case, any and all interim pre-confirmation payments made to Robin R. Weiner, Standing Chapter 13 Trustee ("Trustee") shall be non-refundable to the Debtor.

2. The Debtor is ordered to continue making payments each month to the Trustee in accordance with the last filed Chapter 13 plan. Failure to continue payments may result in the dismissal of the case.

ORDER AUTHORIZING TRUSTEE TO DISBURSE PAYMENTS
CASE NO.:  18-11042-BKC-JKO

3. As a condition for the continued confirmation hearing and delay of payments to the creditors, the Trustee shall hold any and all interim pre-confirmation payments in trust as adequate protection payments for the secured creditors and in trust for the administrative and priority creditors on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs pending confirmation, conversion or dismissal of the case.

4. If for any reason, the case is dismissed or converted to any other chapter in bankruptcy, the Trustee shall disburse in the normal course all payments held in trust on a pro-rata basis, in accordance with the last filed plan filed at least one day prior to the last confirmation hearing date, less all applicable Trustee's fees and costs.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
INATHA FELIX
4052 NW 88TH AVE
# 1D
SUNRISE, FL  33351-6527

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
111 N PINE ISLAND ROAD
SUITE 205
PLANTATION, FL  33324

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.